

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00035-CV

## IN RE PATRICK BLANE WHERLAND, SR.

## Original Proceeding

## ORDER GRANTING STAY AND REQUESTING A RESPONSE

The Court has considered Relator's Petition for Writ of Mandamus and Motion for Emergency Stay filed on January 30, 2018. Relator's Motion for Emergency Stay is granted. Trial of this cause is stayed until further order of the Court. TEX. R. APP. P. 52.10(b). Additionally, the Court requests a response from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray and
    Justice Davis
Stay granted; response requested
Order issued and filed January 31, 2019

